IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ERIC MCGAIL CRISWELL**  **PLAINTIFF**
ADC #165409

V.                     NO. 4:22-cv-01052-JM

**DEXTER PAYNE, *et al*.**  **DEFENDANTS**

## ORDER

The Court has received a Recommendation filed by Magistrate Judge Edie R. Ervin. The parties have not filed objections, and the time to do so has expired. After careful review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendants' motion for summary judgment (*Doc. 22*) is GRANTED. Mr. Criswell's claims are DISMISSED, without prejudice, based on his failure to fully exhaust his administrative remedies. Defendants' motion for judgment on the pleadings (*Doc. 18*) is DENIED, as moot. Defendants' motion to strike (*Doc. 27*) is DENIED, as moot.

IT IS SO ORDERED, this 31st day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE