# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ERIC MCGAIL CRISWELL**                                                                **PLAINTIFF**
**ADC #165409**

**V.**                                        **NO. 4:22-cv-01052-JM**

**DEXTER PAYNE,** *et al.*                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 31st day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE